Civil Action No. 18-3110-CV-S-SRB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* CHRIS Louzader
was received by me on *(date)* 4/9/2018

☒ I personally served the summons on the individual at *(place)* 2861 S. Meadowbrook Avenue, Springfield, MO. 65807 on *(date)* 4/9/2018 @ 9:15 am; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/11/2018

Ron Slingerland
*Server's signature*

Ron Slingerland, P.P.S.
*Printed name and title*

202 old Luthy Rd., Niangua, MO. 65713
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| SNUGGLYCAT, INC.<br><br>*Plaintiff(s)*<br>v.<br>OPFER COMMUNICATIONS, INC., SCOTT OPFER, KRISSY BERNHARDI, CHRIS LOUZADER, ROB WHITE, LORI ROBERTSON, JAMES BARTION, MARCI BOWLING<br>*Defendant(s)* | Civil Action No. 18-3110-CV-S-SRB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ms. Chris Louzader
Opfer Communications, Inc.
2861 S. Meadowbrook Avenue
Springfield, Missouri 65807

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven H. Schwartz
Brown & James, P.C.
800 Market Street, 11th floor
St. Louis, Missouri 63101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 03/30/2018

S/ Karen Siegert
*Signature of Clerk or Deputy Clerk*