IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DISTRICT

| | | |
|---|---|---|
| SNUGGLYCAT INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-03110-SRB |
| | ) | |
| OPFER COMMUNICATIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Eric D. Sidler, of the law firm of Lathrop Gage LLP, hereby enters his appearance as an attorney of record for Defendants Opfer Communications, Inc., Scott Opfer, Krissy Bernhardi, Chris Louzader, Rob White, Lori Robertson, James Barton, and The Bargain Show, LLC.

Date: May 10, 2017

Respectfully submitted,

LATHROP GAGE LLP

By: */s/ Eric D. Sidler*
Bernard J. Rhodes (MO #29844)
Eric Sidler (MO #69531)
2345 Grand Blvd., Ste. 2800
Kansas City, MO 64108
Tele: 816-292-2000; Fax: 816-292-2001
Email: brhodes@lathropgage.com
esidler@lathropgage.com

Attorneys for Defendants Opfer Communications, Inc., Scott Opfer, Krissy Bernhardi, Chris Louzader, Rob White, Lori Robertson, James Barton, and The Bargain Show, LLC

1

# CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above pleading was filed on this 10th day of May, 2018, using the Court's ECF system, which will generate notice to the following counsel of record:

Steven H. Schwartz
Brown & James, P.C.
800 Market Street, 11th Floor
St. Louis, MO 63101

and

Jessica Pfau
Paula Brillson Phillips
Phillips & Pfau, LLP
817 Broadway
New York, NY 10003

                                                                       */s/ Eric D. Sidler*
                                                                        An Attorney for Defendants Opfer Communications, Inc., Scott Opfer, Krissy Bernhardi, Chris Louzader, Rob White, Lori Robertson, James Barton, and The Bargain Show, LLC