IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DISTRICT

| | | |
|---|---|---|
| SNUGGLYCAT INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-03110-SRB |
| | ) | |
| OPFER COMMUNICATIONS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Defendant Opfer Communications, Inc., states as follows:

1. Defendant Opfer Communications, Inc., has no parent company and no publicly held corporation owns 10% or more of its stock.

3. Defendant Opfer Communications, Inc., does not have any affiliates or subsidiaries which have issued shares to the public.

Respectfully submitted,

LATHROP GAGE LLP

By: */s/ Bernard J. Rhodes*
Bernard J. Rhodes (MO #29844)
Eric D. Sidler (MO #69531)
2345 Grand Blvd., Ste. 2800
Kansas City, MO 64108
Tele: 816-292-2000; Fax: 816-292-2001
Email: brhodes@lathropgage.com
esidler@lathropgage.com

ATTORNEYS FOR DEFENDANTS
OPFER COMMUNICATIONS, INC.,
SCOTT OPFER, KRISSY BERNHARDI,
CHRIS LOUZADER, ROB WHITE, LORI
ROBERTSON, JAMES BARTON AND
THE BARGAIN SHOW, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above pleading was filed on this 14th day of May, 2018 using the Court's ECF system, which will generate notice to the following counsel of record:

Steven H. Schwartz
Brown & James, P.C.
800 Market Street, 11th Floor
St. Louis, MO 63101

and

Jessica Pfau
Paula Brillson Phillips
Phillips & Pfau, LLP
817 Broadway
New York, NY 10003

/s/Bernard J. Rhodes
An Attorney for Defendants Opfer Communications, Inc., Scott Opfer, Krissy Bernhardi, Chris Louzader, Rob White, Lori Robertson, James Barton and The Bargain Show, LLC