Civil Action No. 18-3110-CV-S-SRB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MARCI Bowling

was received by me on *(date)* _____ .

☒ I personally served the summons on the individual at *(place)* 2358 S. CEDARBROOK Springfield MO 65804 on *(date)* 5/9/18 ; or 1100Hrs

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 5/9/18

Dep. R. mallory
*Server's signature*

Dep. R. MALLORY # 43
*Printed name and title*

Greene Co. Sheriffs Office
*Server's address*

Additional information regarding attempted service, etc:

11⁰⁰ 43

# UNITED STATES DISTRICT COURT

### for the

### Western District of Missouri

Greene County
Sheriff's Office

MAY 0 7 2018

RECEIVED
Civil Office

| | |
|---|---|
| SNUGGLYCAT, INC. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| OPFER COMMUNICATIONS, INC., SCOTT OPFER, KRISSY BERNHARDI, CHRIS LOUZADER, ROB WHITE, LORI ROBERTSON, JAMES BARTION, MARCI BOWLING | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. 18-3110-CV-S-SRB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ms. Marci Bowling
Springfield Little Theater
311 W. Walnut Street
Springfield, MO 65806

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven H. Schwartz
Brown & James, P.C.
800 Market Street, 11th floor
St. Louis, Missouri 63101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 03/30/2018 _____

s/ Karen Siegert
*Signature of Clerk or Deputy Clerk*