# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DISTRICT

| | |
|---|---|
| SNUGGLYCAT INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 18-cv-03110-SRB |
| OPFER COMMUNICATIONS, INC., et al., | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 1st day of June, 2018, Defendants Opfer Communications, Inc., Scott Opfer, Krissy Bernhardi, Marci Bowling Chris Louzader, Rob White, Lori Robertson, James Barton and The Bargain Show, LLC's Rule 26 Initial Disclosures were served by email on all counsel.

Respectfully submitted,

LATHROP GAGE LLP

By: */s/ Bernard J. Rhodes*
Bernard J. Rhodes (MO #29844)
Eric Sidler (MO #69531)
2345 Grand Blvd., Ste. 2800
Kansas City, MO  64108
Tele:   816-292-2000; Fax:   816-292-2001
Email:  brhodes@lathropgage.com
         esidler@lathropgage.com

ATTORNEYS FOR DEFENDANTS
OPFER COMMUNICATIONS, INC.,
SCOTT OPFER, MARCI BOWLING,
KRISSY BERNHARDI, CHRIS
LOUZADER, ROB WHITE, LORI
ROBERTSON, JAMES BARTON, AND
THE BARGAIN SHOW, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above pleading was filed on this 1st day of June, 2018 using the Court's ECF system, which will generate notice to the following counsel of record:

Steven H. Schwartz
Brown & James, P.C.
800 Market Street, 11th Floor
St. Louis, MO  63101

and

Jessica Pfau
Paula Brillson Phillips
Phillips & Pfau, LLP
817 Broadway
New York, NY  10003

                                                                     */s/Bernard J. Rhodes*
                                                                      An Attorney for Defendants Opfer Communications, Inc., Scott Opfer, Krissy Bernhardi, Marci Bowling, Chris Louzader, Rob White, Lori Robertson, James Barton and The Bargain Show, LLC