# CERTIFICATE AND AFFIDAVIT OF SERVICE

State of Wisconsin)            Case No.    6:18 CV 03'
                       ss
County of Walworth)           Docket No. 18-000604

I, Brian J. Kilpin am an adult resident of the State of Wisconsin and a Walworth County Deputy Sheriff by occupation and am not interested in, nor a party to, the within entitled action whatsoever.

I certify that on the 6th day of June, 2018 at 8:00 AM at the Town of Geneva, Walworth County, Wisconsin, I Served the within SUMMONS on the within named defendant, **DOUGLAS A. SCHAEN**, by delivering to and leaving with CAROL SCHAEN, spouse, identity verified, a true and authenticated copy of said process and that at the time of said service I endorsed upon the copy so served, my name, official title and date of service.

| Transaction | Amount |
|---|---|
| Prepayment (Brown and James Law Firm) | -80.00 |
| **Paper Fee (DOUGLAS A SCHAEN)** | **80.00** |
| Total Fees/Payouts | 80.00 |
| Total Payments | -80.00 |
| Balance | $0.00 |

Dated: 6/6/2018

Walworth County Sheriff
Kurt Picknell

By: _____

Brian J. Kilpin
Deputy Sheriff
ID No. 2380

* The fees and payments ledger shows all fees and payments for the listed case and/or docket number.

Subscribed and sworn to before me this 06th day of June, 2018.

_RMB/ Rahn Smith_

Notary public, Walworth County, WI

My commission expires: _11-28-2021_

18-604

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| SNUGGLYCAT, INC.<br><br>*Plaintiff(s)*<br>v.<br>OPFER COMMUNICATIONS, INC., SCOTT OPFER, KRISSY BERNHARDI, CHRIS LOUZADER, ROB WHITE, LORI ROBERTSON, DOUG SCHAEN, et al.<br><br>*Defendant(s)* | Civil Action No. 6:18-cv-03110 SRB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Mr. Doug Schaen
1027 Crane Court
Lake Geneva, WI 53147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steven H. Schwartz
Brown & James, P.C.
800 Market Street, 11th floor
St. Louis, Missouri 63101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 05/30/2018

/s/ Jeanne Keller, D.C.
*Signature of Clerk or Deputy Clerk*

Civil Action No. 6:18-cv-03110 SRB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____            _____
                                      *Server's signature*

                                 _____
                                      *Printed name and title*

                                 _____
                                      *Server's address*

Additional information regarding attempted service, etc: