# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DISTRICT

| | |
|---|---|
| SNUGGLYCAT INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 18-cv-03110-SRB ) |
| OPFER COMMUNICATIONS, INC., et al., | ) ) |
| Defendants. | ) |

## DESIGNATION OF MEDIATOR

The parties have jointly selected Ron Mitchell of Blanchard, Robertson, Mitchell & Carter, P.C., as the mediator in this matter. The mediation will be held at the offices of Lathrop Gage LLP, 910 East St. Louis Street, Suite 100, Springfield, Missouri, on Wednesday, July 18, 2018, beginning at 9:00 a.m.

Respectfully submitted,

By: */s/Steven H. Schwartz*
Steven H. Schwartz   MO #36436
BROWN & JAMES, P.C.
800 Market Street, 11th Floor
St. Louis, MO  63101
Tele:  314-421-3400; Fax:  314-421-3128
Email: sschwartz@bjpc.com

and

Jessica Pfau – *Pro Hac Vice*
Paula Brillson Phillips – *Pro Hac Vice*
PHILLIPS & PFAU, LLP
817 Broadway
New York, NY  10003
Tele:  510-282-8123
Email: jessica@digitallawgroup.com
          paula@digitallawgroup.com

ATTORNEYS FOR PLAINTIFF

By:*/s/Bernard J. Rhodes*
Bernard J. Rhodes   MO #29844
Eric Sidler   MO #69531
2345 Grand Blvd., Ste. 2800
Kansas City, MO  64108
Tele:   816-292-2000
Fax:   816-292-2001
Email: brhodes@lathropgage.com
　　　esidler@lathropgage.com

ATTORNEYS FOR DEFENDANTS
OPFER COMMUNICATIONS, INC.,
SCOTT OPFER, MARCI BOWLING,
KRISSY BERNHARDI, CHRIS
LOUZADER, ROB WHITE, LORI
ROBERTSON, JAMES BARTON, AND
THE BARGAIN SHOW, LLC