# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| SNUGGLYCAT INC., ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 6:18-cv-03110-SRB |
| ) | |
| OPFER COMMUNICATIONS, ) | |
| et al, ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

Allison L. Greenfield, of the law firm of Brown & James, P.C., hereby enters her appearance on behalf of Plaintiff SnugglyCat, Inc. in the above-referenced case.

BROWN & JAMES, P.C.

By:/s/ Allison L. Greenfield_____
Allison L. Greenfield     MO # 65395
2345 Grand Blvd. Suite 2100
Kansas City, MO 64108
Tel: (816) 472-0800; Fax: (816) 421-1183
Email: agreenfield@bjpc.com
*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and correct copy of the above pleading was filed on this 26th day of June, 2018, using the Court's ECF system, which will generate notice to the following counsel of record:

Steven H. Schwartz
Brown & James, P.C.
800 Market Street, 11th Floor
St. Louis, MO 63101

Jessica Pfau
Paula Brillson Phillips
Phillips & Pfau, LLP
817 Broadway
New York, NY 10003

and

Mr. Bernie Rhodes
Mr. Eric Sidler
Lathrop Gage LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO  64108-2618
brhodes@lathropgage.com
esidler@lathropgage.com

                                                                 /s/Allison L. Greenfield_____

14438441.alg