UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| SNUGGLYCAT INC. ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No.: 6:18-CV-03110 SRB |
| ) | |
| OPFER COMMUNICATIONS, INC. ) | |
| SCOTT OPFER, KRISSY BERNHARDI, ) | |
| CHRIS LOUZADER, ROB WHITE, ) | |
| LORI ROBERTSON, ) | **PLAINTIFF DEMANDS A** |
| JAMES BARTON, ) | **JURY TRIAL ON ALL ISSUES** |
| DOUG SCHAEN, MARCI BOWLING, ) | |
| and THE BARGAIN SHOW, LLC, ) | |
| ) | |
| ) | |
| Defendants ) | |
| _____) | |

## PLAINTIFF'S CERTIFICATE OF SERVICE

COMES NOW Plaintiff, SnugglyCat, Inc., and hereby notifies the Court that, pursuant to Federal Rule of Civil Procedure 45(a)(4), Plaintiff, SnugglyCat, Inc., served the following Subpoenas *duces tecum* via email on: Mr. Bernie Rhodes, brhodes@lathropgage.com, and Mr. Eric Sidler, esidler@lathropgage.com, Attorneys for Defendants, Lathrop Gage LLP, 2345 Grand Blvd., Suite 2200, Kansas City, MO 64108-2618, on this 2nd day of July, 2018:

1. Subpoena *duces tecum* directed to Mr. Jerry Iodice, Tri-Sales Marketing, LLC;

2. Subpoena *duces tecum* directed to Mr. Doug Winslow, B&D Solutions, LLC; and

3. Subpoena *duces tecum* directed to Mr. A.J. Kubani, Telebrands/Bulbhead, Inc.

BROWN & JAMES, P.C.

/s/ Steven H. Schwartz
Steven H. Schwartz,    #36436MO
sschwartz@bjpc.com
800 Market Street, 11th floor
St. Louis, Missouri 63101
314.421.3400
Fax: 314.421.3128

Paula Brillson Phillips – *Pro Hac Vice*
Jessica Pfau – *Pro Hac Vice*
PHILLIPS & SUTHERLAND, LLP
817 Broadway
New York, NY  10003
Tele:   510-282-8123
Email:jessica@digitallawgroup.com
         paula@digitallawgroup.com

**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2018, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Mr. Bernie Rhodes
Mr. Eric Sidler
Lathrop Gage LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO  64108-2618
brhodes@lathropgage.com
esidler@lathropgage.com

/s/ Steven H. Schwartz

:mlc
14451452