IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DISTRICT

SNUGGLYCAT INC., )
 )
       Plaintiff, )
 )
v. ) Case No. 18-cv-03110-SRB
 )
OPFER COMMUNICATIONS, INC., et al., )
 )
       Defendants. )

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 2nd day of July, 2018, Defendants Opfer Communications, Inc., Scott Opfer, Krissy Bernhardi, Marci Bowling Chris Louzader, Rob White, Lori Robertson, James Barton, Doug Schaen and The Bargain Show, LLC, served Defendants' First Interrogatories to Plaintiff, as well as Defendants' First Requests for Production of Documents and Electronically Stored Information to Plaintiff, by email on all counsel in both Word and PDF.

       Respectfully submitted,

       LATHROP GAGE LLP

       By: */s/ Bernard J. Rhodes*
       Bernard J. Rhodes (MO #29844)
       Eric Sidler (MO #69531)
       2345 Grand Blvd., Ste. 2800
       Kansas City, MO 64108
       Tele: 816-292-2000; Fax: 816-292-2001
       Email: brhodes@lathropgage.com
             esidler@lathropgage.com

       ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above pleading was filed on this 3rd day of July, 2018 using the Court's ECF system, which will generate notice to the following counsel of record:

Steven H. Schwartz
Brown & James, P.C.
800 Market Street, 11th Floor
St. Louis, MO 63101

and

Allison L. Greenfield
Brown & James, P.C.
2345 Grand Boulevard, Suite 2100
Kansas City, MO 64108

And

Jessica Pfau
Paula Brillson Phillips
Phillips & Pfau, LLP
817 Broadway
New York, NY 10003

/s/Bernard J. Rhodes
An Attorney for Defendants