# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DISTRICT

| | |
|---|---|
| SNUGGLYCAT INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cv-03110-SRB |
| ) | |
| OPFER COMMUNICATIONS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of August, 2018, Defendant Opfer Communications, Inc. served Defendant's Answers to Plaintiff's First Interrogatories and Defendant's Responses to Plaintiff's First Requests for Production of Documents and Electronically Stored Information by email to the following counsel of record:

    Paula Brillson Phillips (paula@digitallawgroup.com);
    Jessica Pfau (jessica@digitallawgroup.com);
    David R. Barnard (david.barnard@stinson.com); and
    Katherine A. Bechina (katherine.bechina@stinson.com).

                                      Respectfully submitted,

                                      LATHROP GAGE LLP

                                      By: */s/ Bernard J. Rhodes*
                                          Bernard J. Rhodes (MO #29844)
                                          Eric Sidler (MO #69531)
                                          2345 Grand Blvd., Ste. 2800
                                          Kansas City, MO  64108
                                          Tele:   816-292-2000; Fax:   816-292-2001
                                          Email:  brhodes@lathropgage.com
                                                       esidler@lathropgage.com

                                      ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above pleading was filed on this 14th day of August, 2018 using the Court's ECF system, which will generate notice to the following counsel of record:

Paula Brillson Phillips
Jessica Pfau
Phillips & Pfau, LLP
817 Broadway
New York, NY 10003
paula@digitallawgroup.com
jessica@digitallawgroup.com

and

David R. Barnard
Katherine A. Bechina
Stinson Leonard Street LLP
1201 Walnut Street, Suite 2900
Kansas City, MO 64106-2150
david.barnard@stinson.com
katherine.bechina@stinson.com

> /s/Bernard J. Rhodes
> An Attorney for Defendants