# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 18-3500
_____

SnugglyCat, Inc.

Plaintiff - Appellee

v.

Opfer Communications, Inc.

Defendant - Appellant

Krissy Bernhardi; Chris Louzader; Rob White

Defendants

Lori Robertson

Defendant - Appellant

James Barton; Doug Schaen

Defendants

The Bargain Show, LLC

Defendant - Appellant

Marci Bowling

Defendant

Scott Opfer

Defendant - Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:18-cv-03110-SRB)
_____

**JUDGMENT**

Before SHEPHERD, GRASZ and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

March 17, 2020

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Michael E. Gans