# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 18-3500

SnugglyCat, Inc.

Appellee

v.

Opfer Communications, Inc.

Appellant

Krissy Bernhardi, et al.

Lori Robertson

Appellant

James Barton and Doug Schaen

The Bargain Show, LLC

Appellant

Marci Bowling

Scott Opfer

Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:18-cv-03110-SRB)

---

**MANDATE**

In accordance with the opinion and judgment of 03/17/2020, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 07, 2020

Clerk, U.S. Court of Appeals, Eighth Circuit